# DISTRICT COURT OF MARYLAND FOR Howard County

LOCATED AT (COURT ADDRESS)

3451 Courthouse Drive
Ellicott City, MD 21043

CASE NO.

**CV** D-101-CV-21-010969

## PARTIES

Plaintiff

Joseph Oriseloka Onumonu
4803 Circling Hunter Drive, Apt 104
Columbia, MD 21045-'

VS.

Defendant(s)

1.
Registered Agent for Capital One Bank
Corporate Trust Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
Capital One Bank
1680 Capital One Drive
McLean, VA 22102

Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

2.
Registered Agent for Equifax Information Services LLC
Corporation Service Company
2 Sun Court, Suite 400
Peachtree, GA 30092
Equifax Information Services LLC
1550 Peachtree Street, NW, N44
Atlanta, GA 30309-2442

Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3.
Registered Agent for Transunion Corporation
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
Transunion
555 West Adams Street, 8th Floor
Chicago, IL 60661-3631

Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4.
Registered Agent for Experian Information Solution Inc
475 Anton Blvd
Costa Mesa, CA 92626
Experian Information Solution Inc
701 Experian Parkway
Allen, TX 75013

Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

## ATTORNEYS

For Plaintiff – Name, Address, Telephone Number & Code

Joseph O Onumonu
4803 Circling Hunter Drive, Apt 104
Columbia, MD 21045

---

# COMPLAINT/APPLICATION AND AFFIDAVIT
## IN SUPPORT OF JUDGMENT
☐ $5,000 or under   ☒ over $5,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor)

The particulars of this case are:

Joseph Oriseloka Onumonu is a resident of Howard County in State of Maryland since the year 2006. I am the owner of Oltuks Corporation Inc doing business as Oltuks Tax Services. I have a Capital One Bank Credit Card in December of 2018. Capital One Bank told me that they do report the credit card balance amount, monthly billed amount and payment amount to the three Credit Bureaus Equifax, Experian and Transunion.

When I pulled my Credit Report and find out that Capital One Bank report my Credit card information to the Credit Bureau leaving part of the Credit Card information that will benefit me the most out which is the Credit card payment history. I called Capital One Bank and I was told that Capital One Bank do report my Credit card activities monthly to the Credit Bureau. The document D1 is my Credit card payment history report from Capital One Bank and D2 is my Credit Report. I called the three Credit Bureau and asked them why is Capital One Bank not reporting complete information of my Credit card activities to them. Also, I send a letter to the three Credit Bureau with a printout report of my Capital One Bank credit card activities to correct the missing information but no action was taken by any of them. From telephone conversations with the three Credit Bureau, I understood that they know what Capital One Bank was doing with my Credit card monthly activities report. And the FACT that any of the Credit Bureau did not replied my letter of inquire to them proved that Equifax, Transunion and Experian are in agreement with Capital One Bank is the way my Credit card activities are reported to them. None of the three Credit Bureau did notified Capital One Bank that my Credit Card payments are missing from my Monthly Credit card activities to them.

Capital One Bank choose not report my Credit card payment history because they know its benefits to me and to show the proofs D1 and D4. Please, take at D4. Please, take at my Credit Report and see how many Mortgage and Credit Company Applications because of the way Capital One Bank reported my Credit card activities to the Credit Bureau that affected my Credit Scores causing me not to qualified for Mortgage or Credit Cards Application. This resulted in me still leaving at my Apartment with monthly rent of $1,535.00 which is less than Monthly Mortgage payment of Townhouse that I was applying for.

The damage done by Capital One Bank on my Credit Report history is too Great for me to determine the damage cost. I am asking the Court for compensation of $10,000.00 for the damage done by Capital One Bank to me.

(See Continuation Sheet)

☒ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims $ 10,000.00 , plus interest of $_____ interest at the ☐ legal rate ☐ contractual rate calculated at _____%, from _____ to _____ (_____ days x $_____ per day) and attorney's fees of $_____ plus court costs.

☐ Return of the property valued at $_____ and damages of $_____ for its detention in an action of replevin.

☐ Return of the property, or its value, $_____ and damages of $_____ for its detention in action of detinue.

☐ Other: _____
and demands judgment for relief.

_Joe_ (signature)
Signature of Plaintiff/Attorney/Attorney Code          Attorney Number

Printed Name: Joseph O Onumonu
Address: 4803 Circling Hunter Drive, Apt 104
Columbia, MD 21045

Telephone Number: 301-346-0321
Fax: 240-667-4761
E-mail: josephonumonu@gmail.com

## MILITARY SERVICE AFFIDAVIT

☒ Defendant(s) N/A                              is/are in the military service.     ☐ Verified through DOD at: http://scra.dmdc.osd.mil/
                                    Name

☒ No defendant is in the military service. The facts supporting this statement are: N/A

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.

9/28/2021
Date                                    _Joe_ (signature)
                                    Signature of Affiant

# APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☒ Other written document ☒ Proof of Payments ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ plaintiff ☐ Joseph O Onumonu of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

9/28/2021
Date                                    _Joe_ (signature)
                                    Signature of Affiant

DC-CV-001 (front) (Rev. 07/01/2021)                                    CMPET

Capital One

https://myaccounts.capitalone.com/Card/hqT8trfQM4XQWAK2cP8...

Capital One

Past Payments

Account Ending in ...8513

| DATE | DESCRIPTION | CATEGORY | CARD | AMOUNT |
|---|---|---|---|---|
| Sep 17 | Payment from Bill Pay Service | Payment | Joseph O. | -$206.17 |
| Aug 26 | Payment from Bill Pay Service | Payment | Joseph O. | -$250.74 |
| Aug 19 | Payment from Bill Pay Service | Payment | Joseph O. | -$96.94 |
| Jul 15 | Payment from Bill Pay Service | Payment | Joseph O. | -$67.71 |
| Jun 21 | Payment from Capital One Bank Teller | Payment | Joseph O. | -$151.88 |
| May 13 | Payment from Bill Pay Service | Payment | Joseph O. | -$133.76 |
| Apr 15 | Payment from Bill Pay Service | Payment | Joseph O. | -$70.00 |
| Mar 31 | Payment from Bill Pay Service | Payment | Joseph O. | -$2.33 |
| Mar 16 | Payment from Bill Pay Service | Payment | Joseph O. | -$344.75 |
| Feb 17 | Payment from Bill Pay | Payment | Joseph O. | -$150.00 |

D/-1

9/27/2021, 2:30 PM

|  | Service |  | ▮ |  |
|--------|---------------------------------------|---------|-----------|-------------|
| Jan 19 | Payment from Bill Pay Service | Payment | Joseph O. ▮ | -$238.83 |
| Oct 16 | Payment from Capital One Bank Teller | Payment | Joseph O. ▮ | -$1,065.84 |
| Sep 18 | Payment from Bill Pay Service | Payment | Joseph O. ▮ | -$107.49 |
| Aug 14 | Payment from Bill Pay Service | Payment | Joseph O. ▮ | -$200.95 |

$DI-2$

 **CREDIT PLUS** INC

Potential Score Improvement


SCANNED BY
CREDIT ASSURE™
A SERVICE OF CREDITXPERT INC.

File#:
Date: 2/16/2021
Company: APEX MORTGAGE LLC

Applicant: JOSEPH O ONUMONU

| | Experian | TransUnion | Equifax |
|---|---|---|---|
| Bureau Scores | 610 | 626 | 560 |
| Potential Score Improvement | +23  | +19  | +27  |

## Credit Assure ™

Credit Assure™ looks for opportunities to help a borrower improve their credit score, typically by paying down balances.

**CREDIT ASSURE BENEFITS:**

- Alerts you to opportunities you might have overlooked
- Helps you approve more applicants
- Helps you make better offers and close more loans

Current scores (called bureau scores) are provided by the credit bureaus. Predicted scores (called potential scores) and score changes (called potential improvements or score improvements) are provided by CreditXpert Inc. ("CXI") and are not bureau or FICO scores or changes. Predicted scores and score changes simulated by CreditXpert™ products are only estimates. CXI does not guarantee that scores from any other company will change by the same amount, in the same way, or at all, or that correcting credit report information will result in a score improvement. CreditXpert products are based on credit reports from the bureaus. CXI is not responsible for inaccurate results, including any due to incorrect, incomplete, or outdated credit report information or incorrect assumptions about the future. CXI is not a credit counseling or credit repair organization. CXI is not endorsed by Equifax, Experian, TransUnion or FICO.
THE FOREGOING IS NOT INTENDED TO PROVIDE OR IMPLY WARRANTIES OF ANY KIND. CREDITXPERT PRODUCTS ARE PROVIDED ON AN "AS IS" BASIS, AND CREDITXPERT INC. AND ITS DISTRIBUTORS DISCLAIM ANY AND ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, NON-INTERFERENCE AND/OR ACCURACY OF INFORMATIONAL CONTENT.
Copyright (c) 2000-2021, CreditXpert Inc. All rights reserved. CreditXpert is a registered trademark of CreditXpert Inc.

Dλ-1

# CREDIT PLUS INC

31550 WINTERPLACE PKWY, SALISBURY, MD 21804
Phone: (800) 258-3488
Fax: (800) 258-3287

**Add Product**

## MERGED INFILE CREDIT REPORT

| SEND TO: | APEX MORTGAGE LLC | REQUESTED BY: | JOSEPH ONUMONU | FILE #: | |
|---|---|---|---|---|---|
| | CUST. #: | DATE: | 2/16/2021 | REF. #: | -- |
| | 8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21045 | | | REPOSITORIES: | XP/TU/EF |
| | | | | PRICE: | $19.55 |

### APPLICANT INFORMATION

| APPLICANT: | ONUMONU, JOSEPH O | | 11/22/1959 |
|---|---|---|---|
| CURRENT ADDRESS: | 4803 CIRCLING HUNTER DIVE, APT 104, COLUMBIA, MD 21045 | LENGTH: | 5 years |

### SCORE MODELS

**APPLICANT**

**560 EQUIFAX/FICO CLASSIC V5 FACTA**
RANGE: 334-818
JOSEPH O ONUMONU -

| | |
|---|---|
| 00038 | SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 00013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 00016 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 00034 | AMOUNT OWED ON DELINQUENT ACCOUNTS |
| FA | NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY |

**628 TRANSUNION/FICO CLASSIC (04)**
RANGE: 309-839
JOSEPH ORISELOKA ONUMONU -

| | |
|---|---|
| 038 | SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED |
| 013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 018 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| FA | INQUIRIES IMPACTED THE CREDIT SCORE |

**610 EXPERIAN/FAIR, ISAAC (VER. 2)**
RANGE: 300-850
JOSEPH O ONUMONU -

| | |
|---|---|
| 38 | SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED |
| 13 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 18 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 14 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |
| 08 | TOO MANY INQUIRIES LAST 12 MONTHS |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

D2-2

SEND TO: APEX MORTGAGE LLC
CUST. #: ▮
8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21045

REQUESTED BY: JOSEPH ONUMONU
DATE: 2/16/2021

FILE #: ▮
REF. #: ▮
REPOSITORIES: XP/TU/EF
PRICE: $19.55

**Request New Tradeline**

**CREDIT**

**Hide Trended Data**

### 001

| ECOA/WHOSE B/B | DIGITAL ECU | ACCT TYPE INST | REPORTED 01/21 | HI CREDIT $4000 | PAYMENT $72 | 30 0 | 60 0 | 90+ 0 | | I1 |
|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | | TERM 60 | OPENED 10/20 | BALANCE $3968 | PAST DUE $0 | | | | MO REV 03 | LAST LATE –/– | DLA 01/21 |

SECURED; FIXED RATE

| Trended | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 | 01/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 72 | 72 | 72 | - | - | - | - | - | - | - | - | - |
| Actual ($) | 72 | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 3949 | 4000 | 4000 | - | - | - | - | - | - | - | - | - |

### 002

| ECOA/WHOSE B/B | NASA FEDERAL CREDIT UN | ACCT TYPE REV | REPORTED 01/21 | HI CREDIT $4000 | PAYMENT $25 | 30 0 | 60 0 | 90+ 0 | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | | TERM MIN | OPENED 04/18 | BALANCE $1400 | PAST DUE $0 | | | | MO REV 34 | LAST LATE –/– | DLA 01/21 |

| Trended | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 | 01/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 0 | 0 | 29 | 35 | 47 | 60 | 56 | 59 | 64 | 66 | 49 |
| Actual ($) | 59 | - | 1423 | 259 | 350 | 628 | 338 | 346 | 298 | 758 | 200 | 631 |
| Balance ($) | 854 | 236 | 0 | 1423 | 1659 | 1780 | 2378 | 2540 | 2846 | 3098 | 3208 | 3395 |

| | 12/19 | 11/19 | 10/19 | 09/19 | 08/19 | 07/19 | 06/19 | 05/19 | 04/19 | 03/19 | 02/19 | 01/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 41 | 32 | 34 | 38 | 25 | 25 | 38 | 27 | 34 | 53 | 59 | - |
| Actual ($) | 200 | 300 | 300 | 600 | 450 | 150 | 350 | 350 | 350 | 350 | 970 | - |
| Balance ($) | 3084 | 2407 | 1636 | 1860 | 1526 | 1047 | 1180 | 1444 | 1395 | 1720 | 2043 | - |

### 003

| ECOA/WHOSE B/B | CAPITAL ONE BANK USA N | ACCT TYPE REV | REPORTED 01/21 | HI CREDIT $1250 | PAYMENT $25 | 30 0 | 60 0 | 90+ 0 | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | | TERM MIN | OPENED 12/18 | BALANCE $474 | PAST DUE $0 | | | | MO REV 26 | LAST LATE –/– | DLA 01/21 |

| Trended | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 | 01/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 0 | 2 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 32 | 28 |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 76 | 0 | 2 | 220 | 323 | 453 | 326 | 447 | 562 | 684 | 1082 | 1027 |

| | 12/19 | 11/19 | 10/19 | 09/19 | 08/19 | 07/19 | 06/19 | 05/19 | 04/19 | 03/19 | 02/19 | 01/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | | 25 | |
| Actual ($) | - | - | - | - | - | - | - | - | | | | |
| Balance ($) | 590 | 629 | 615 | 477 | 318 | 349 | 143 | 180 | 298 | 192 | 317 | |

### 004

| ECOA/WHOSE B/B | CREDIT CARD/FB&T | ACCT TYPE REV | REPORTED 02/21 | HI CREDIT $2000 | PAYMENT $43 | | | | | R5 |
|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 9/20 | 10/20 | 2/21 (See) | MO REV | LAST LATE | DLA |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risk. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, RHA, VA and the Farmers Home Administration.

D2 - 3

SEND TO: APEX MORTGAGE LLC
CUST. ▮
8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21046

REQUESTED BY: JOSEPH ONUMONU
DATE: 2/16/2021

FILE #: ▮
REF. #: –
REPOSITORIES: XP/TU/EF
PRICE: $19.55

**Request New Trade/Inq**     CREDIT     **Hide Trended Data**

| XP/TU/EF | | MIN | 03/20 | $261 | $173 | | | | status) 1/21 12/20 11/20 | 11 | 02/21 | 06/20 |

ACCOUNT CLOSED AT CONSUMER'S REQUEST

| Trended | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 42 | 41 | 40 | 25 | 12 | 12 | 12 | 15 | 15 | - | - | - |
| Actual ($) | - | - | - | - | - | - | 445 | 160 | 125 | - | - | - |
| Balance ($) | 216 | 173 | 130 | 90 | 49 | 24 | 12 | 452 | 518 | - | - | - |

ECOA/WHOSE B/B   CAP ONE   ACCT TYPE REV   REPORTED 09/16   HI CREDIT $5500   PAYMENT $0   30: 0   60: 0   90+: 0   R1
SOURCE XP/TU/EF   TERM -   OPENED 10/15   BALANCE $0   PAST DUE $0   MO REV 11   LAST LATE –/–   DLA 11/15

ACCOUNT CLOSED AT CONSUMER'S REQUEST AND DISPUTE INVESTIGATION COMPLETED - CONSUMER; DISPUTE RESOLVED; CONSUMER DISAGREES/ACCOUNT CLOSED BY CONSUMER; CONSUMER DISPUTES AFTER RESOLUTION

ECOA/WHOSE B/B   CAPITAL ONE BANK USA N   ACCT TYPE REV   REPORTED 08/14   HI CREDIT $300   PAYMENT $0   30: 0   60: 0   90+: 0   R1
SOURCE XP/TU/EF   TERM -   OPENED 08/11   BALANCE $0   PAST DUE $0   MO REV 36   LAST LATE –/–   DLA 08/14

ACCOUNT CLOSED AT CONSUMER'S REQUEST

ECOA/WHOSE B/B   CHILD SUPP 1600   ACCT TYPE INST   REPORTED 08/19   HI CREDIT $0   PAYMENT $0   30: 0   60: 0   I5
SOURCE EF   TERM -   OPENED 05/08   BALANCE $0   PAST DUE $0   MO REV 94   LAST LATE 08/18   DLA 08/16

CHILD/FAMILY SUPPORT OBLIGATION; ACCOUNT CLOSED BY CREDIT GRANTOR

| Trended | 07/19 | 06/19 | 05/19 | 04/19 | 03/19 | 02/19 | 01/19 | 12/18 | 11/18 | 10/18 | 09/18 | 08/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 553 | 553 | 673 | 673 | 673 | 573 | - | - | - | - | - | - |
| Actual ($) | 553 | 666 | 673 | 673 | 673 | 1346 | - | - | - | - | - | - |
| Balance ($) | 553 | 553 | 666 | 786 | 906 | 1026 | - | - | - | - | - | - |

ECOA/WHOSE B/B   CREDITONEBNK 44   ACCT TYPE REV   REPORTED 10/20   HI CREDIT $900   PAYMENT $0   R4
SOURCE XP/TU/EF   TERM -   OPENED 11/18   BALANCE $0   PAST DUE $0   7/20   8/20   10/20 (See status) 9/20   MO REV 22   LAST LATE 10/20   DLA 04/20

ACCOUNT CLOSED BY CONSUMER

| Trended | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 | 01/20 | 12/19 | 11/19 | 10/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 30 | 23 | 11 | 5 | 4 | 30 | 27 | 25 | 25 | 25 | 25 | 25 |
| Actual ($) | 0 | 0 | 0 | 0 | 0 | 733 | 278 | 100 | 154 | 100 | 56 | 100 |
| Balance ($) | 86 | 46 | 22 | 10 | 4 | 206 | 530 | 349 | 291 | 222 | 256 | 306 |

| | 09/19 | 08/19 | 07/19 | 06/19 | 05/19 | 04/19 | 03/19 | 02/19 | 01/19 | 12/18 | 11/18 | 10/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | - | - |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The acquirer has agreed to indemnify that reporting bureaus for any damage arising from misuse of the information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureaus certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 3/11

D2-4

| SEND TO: | APEX MORTGAGE LLC | | REQUESTED BY: | JOSEPH ONUMONU | | FILE #: | |
|---|---|---|---|---|---|---|---|
| | CUST. # | | DATE: | 2/16/2021 | | REF. #: | -- |
| | 8650 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21045 | | | | | REPOSITORIES: XP/TU/EF | |
| | | | | | | PRICE: | $19.55 |

| Request New Tradeline | | CREDIT | | | | | | | | | Hide Trended Data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 09/19 | 08/19 | 07/19 | 06/19 | 05/19 | 04/19 | 03/19 | 02/19 | 01/19 | 12/18 | 11/18 | 10/18 |
| Actual ($) | | 313 | 90 | 0 | 150 | 200 | 275 | 325 | 150 | 200 | 0 | - | - |
| Balance ($) | | 399 | 320 | 376 | 134 | 234 | 426 | 148 | 151 | 123 | 243 | - | - |

| ECOA / WHOSE B / B | | ACCT TYPE REV | REPORTED 11/14 | HI CREDIT $700 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | FST PREMIER | TERM - | OPENED 09/11 | BALANCE $0 | PAST DUE $0 | | | | MO REV 38 | LAST LATE –/– | DLA 06/14 |
| ACCOUNT CLOSED BY CONSUMER | | | | | | | | | | | |

| ECOA / WHOSE B / B | | ACCT TYPE REV | REPORTED 09/14 | HI CREDIT $500 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | FST PREMIER ***** | TERM - | OPENED 03/13 | BALANCE $0 | PAST DUE $0 | | | | MO REV 18 | LAST LATE –/– | DLA 06/14 |
| ACCOUNT CLOSED BY CONSUMER | | | | | | | | | | | |

| ECOA / WHOSE B / B | | ACCT TYPE REV | REPORTED 05/17 | HI CREDIT $1000 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/EF | MUN FM VIS *** | TERM - | OPENED 05/14 | BALANCE $0 | PAST DUE $0 | | | | MO REV 27 | LAST LATE –/– | DLA 04/15 |

| ECOA / WHOSE B / B | | ACCT TYPE REV | REPORTED 04/18 | HI CREDIT $1000 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | MUNICPL FCU | TERM - | OPENED 05/14 | BALANCE $0 | PAST DUE $0 | | | | MO REV 46 | LAST LATE –/– | DLA 05/15 |
| ACCOUNT CLOSED BY CREDIT GRANTOR; ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER | | | | | | | | | | | |

| ECOA / WHOSE B / B | | ACCT TYPE REV | REPORTED 04/19 | HI CREDIT $16000 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | PENTAGON FCU ***** | TERM - | OPENED 04/15 | BALANCE $0 | PAST DUE $0 | | | | MO REV 48 | LAST LATE –/– | DLA 07/16 |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |

| ECOA / WHOSE B / B | | ACCT TYPE REV | REPORTED 01/21 | HI CREDIT $500 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | PENTAGON FCU | TERM - | OPENED 01/16 | BALANCE $0 | PAST DUE $0 | | | | MO REV 60 | LAST LATE –/– | DLA 01/16 |
| ACCOUNT CLOSED BY CONSUMER | | | | | | | | | | | |

| ECOA / WHOSE B / B | | ACCT TYPE REV | REPORTED 11/18 | HI CREDIT $10500 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | PENTAGON FCU ** | TERM - | OPENED 08/15 | BALANCE $0 | PAST DUE $0 | | | | MO REV 39 | LAST LATE –/– | DLA 09/15 |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |

| ECOA / WHOSE B / B | PENTAGON FEDERAL CR UN | ACCT TYPE AUTO | REPORTED 01/16 | HI CREDIT $40000 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | I1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risk. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-503, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

D2-5

SEND TO: APEX MORTGAGE LLC
CUST. #
8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21045

REQUESTED BY: JOSEPH ONUMONU
DATE: 2/16/2021

FILE #:
REF. #:
REPOSITORIES: XP/TU/EF

PRICE: $19.55

## CREDIT

| SOURCE XP/TU/EF | TERM 072 | OPENED 08/15 | BALANCE $0 | PAST DUE $0 | | | | MO REV 7 | LAST LATE –/– | DLA 01/16 |

ECOA/WHOSE B/B SYNCB/WALMAR
| ACCT TYPE REV | REPORTED 08/17 | HI CREDIT $1000 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 |
SOURCE XP/TU/EF | TERM - | OPENED 06/16 | BALANCE $0 | PAST DUE $0 | | | | MO REV 14 | LAST LATE –/– | DLA 08/16 |
ACCOUNT CLOSED BY CONSUMER

ECOA/WHOSE B/B TOWER FGU
| ACCT TYPE REV | REPORTED 06/19 | HI CREDIT $3500 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 |
SOURCE XP/TU | TERM - | OPENED 06/14 | BALANCE $0 | PAST DUE $0 | | | | MO REV 60 | LAST LATE –/– | DLA 09/15 |
ACCOUNT CLOSED BY CREDIT GRANTOR

ECOA/WHOSE B/B TOWER FEDERAL CU
| ACCT TYPE INST | REPORTED 04/15 | HI CREDIT $10260 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | I1 |
SOURCE XP/TU/EF | TERM 048 | OPENED 10/14 | BALANCE $0 | PAST DUE $0 | | | | MO REV 6 | LAST LATE –/– | DLA 04/15 |
SECURED LOAN

ECOA/WHOSE B/B T... 5... EF
| ACCT TYPE REV | REPORTED 06/19 | HI CREDIT $3500 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | | R1 |
| TERM - | OPENED 06/14 | BALANCE $0 | PAST DUE $0 | | | | MO REV 59 | LAST LATE –/– | DLA 09/15 |
ACCOUNT CLOSED BY CREDIT GRANTOR

## COLLECTION ACCOUNTS

ECOA/WHOSE B/B VERIZON
| ACCT TYPE INST | REPORTED 02/21 | HI CREDIT $0 | PAYMENT - | 30 0 | 60 0 | 90+ 0 | | I9 |
SOURCE XP/TU/EF | TERM 001 | OPENED 04/20 | BALANCE $95 | PAST DUE $95 | | | | MO REV 3 | LAST LATE –/– | DLA –/– |
UTILITY COMPANY

| Trended | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 |
| Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 95 | 95 | 95 | | | | | | | | | |

ECOA/WHOSE B/B CBNA
| ACCT TYPE REV | REPORTED 01/21 | HI CREDIT $1000 | PAYMENT - | | 60 0 | 90+ 0 | | BANKRUPTCY |
SOURCE XP/TU/EF | TERM - | OPENED 11/16 | BALANCE - | PAST DUE - | 10/17 | | | MO REV 50 | LAST LATE 10/17 | DLA 08/17 |
CHAPTER 7 BANKRUPTCY

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 5/11

D2-6

SEND TO: APEX MORTGAGE LLC
CUST. # 1
8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21045

REQUESTED BY: JOSEPH ONUMONU
DATE: 2/16/2021

FILE #:
REF. #:
REPOSITORIES: XP/TU/EF

PRICE: $19.55

## COLLECTION ACCOUNTS

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | | 60 | 90+ | |
|---|---|---|---|---|---|---|---|---|---|
| B / B | FCU | OPEN | 03/18 | $5000 | S* | | 0 | 0 | BANKRUPTCY |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV LAST LATE DLA |
| XP/TU | | - | 09/16 | - | - | 10/17 | | | 17 10/17 09/17 |
| | CHAPTER 7 BANKRUPTCY | | | | | | | | |

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | |
|---|---|---|---|---|---|---|---|---|---|
| B / B | NAVY FCU | REV | 03/18 | - | - | - | - | - | BANKRUPTCY |
| SOURCE | XXXXXX***** | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV LAST LATE DLA |
| EF | | - | 03/16 | - | - | | | | - --/-- 09/17 |
| | BANKRUPTCY CHAPTER 7; ACCOUNT CLOSED BY CREDIT GRANTOR; BANKRUPTCY DISCHARGED | | | | | | | | |

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | |
|---|---|---|---|---|---|---|---|---|---|
| B / B | PENTAGON 4 | INST | 01/21 | $5000 | - | - | - | - | BANKRUPTCY |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV LAST LATE DLA |
| XP/TU/EF | | 036 | 11/16 | - | - | | | | - --/-- 09/17 |
| | BANKRUPTCY CHAPTER 7; UNSECURED; BANKRUPTCY DISCHARGED | | | | | | | | |

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | |
|---|---|---|---|---|---|---|---|---|---|
| B / B | PENTAGON FCU | REV | 01/21 | $5000 | - | 0 | 0 | 0 | BANKRUPTCY |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV LAST LATE DLA |
| XP/TU/EF | | - | 11/16 | - | - | | | | 50 --/-- 02/18 |
| | CHAPTER 7 BANKRUPTCY | | | | | | | | |

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | | | 90+ | |
|---|---|---|---|---|---|---|---|---|---|
| B / B | TOWER FCU | REV | 02/21 | $10000 | - | | | 0 | BANKRUPTCY |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV LAST LATE DLA |
| XP/TU | | - | 08/14 | - | - | 9/17 | 10/17 | | 79 10/17 08/17 |
| | CHAPTER 7 BANKRUPTCY | | | | | | | | |

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | |
|---|---|---|---|---|---|---|---|---|---|
| B / B | TOWER MC 52 ***** | REV | 02/21 | - | - | - | - | - | BANKRUPTCY |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV LAST LATE DLA |
| EF | | - | 08/14 | - | - | | | | - --/-- 09/17 |
| | BANKRUPTCY CHAPTER 7; BANKRUPTCY DISCHARGED | | | | | | | | |

## OTHER CREDIT HISTORY

*** NONE ***

## INQUIRIES (LAST 120 DAYS)

*** NONE ***

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an enquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damages arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureaus certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHLMC, FHA, VA and the Farmers Home Administration.

D2-7

SEND TO: APEX MORTGAGE LLC
CUST. # ▮▮▮▮
8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21045

REQUESTED BY: JOSEPH ONUMONU
DATE: 2/16/2021

FILE #: ▮▮▮▮
REF. #: --
REPOSITORIES: XP/TU/EF

PRICE: $19.55

## PUBLIC RECORDS

| ECOA/WHOSE | | FILE DATE | AMOUNT | STATUS DATE | |
|---|---|---|---|---|---|
| B / B | US BKPT CT MD BALTIMOR | 11/17 | -- | 03/18 | DISCHARGED |
| SOURCE | Docket #: ▮▮▮ | PLAINTIFF | | | ACTION TYPE |
| XP/TU/EF | | -- | | | CHAPTER 7 BANKRUPTCY |

\*\*\* -DSP-03/18

## TRADE SUMMARY

| TYPE | COUNT | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 0 | $0 | $0 | $0 | $0 |
| AUTO | 1 | $0 | $0 | $0 | $0 |
| EDUCATION | 0 | $0 | $0 | $0 | $0 |
| OTHER INSTALLMENT | 5 | $3983 | $4000 | $72 | $95 |
| OPEN | 1 | $0 | $0 | $0 | $0 |
| REVOLVING | 21 | $1874 | $5250 | $50 | $0 |
| OTHER | 0 | $0 | $0 | $0 | $0 |
| **TOTAL** | 28 | $5857 | $9250 | $122 | $95 |

| | | | |
|---|---|---|---|
| SECURED DEBT | $3886 | OLDEST TRADELINE | 05/08 |
| UNSECURED DEBT | $2230 | REVOLVING CREDIT UTILIZATION | 36% |
| | | TOTAL DEBT/HIGH CREDIT | 63% |

## DEROGATORY SUMMARY

| CHARGE OFFS: | 0 | 30 DAYS: | 5 | INQUIRIES: | 0 |
|---|---|---|---|---|---|
| COLLECTIONS: | 1 | 60 DAYS: | 3 | MOST RECENT LATE: | undetermined |
| BANKRUPTCY: | 7 | 90 DAYS: | 3 | DISPUTES: | 1 |
| PUBLIC RECORDS: | 1 | OTHER: | 1 | | |

## EQUIFAX FRAUD IQ IDENTITY SCAN ALERT

APPLICANT
3 - \*\*\* FRAUDIQ IDENTITY SCAN ALERT \*\*\*
ONUMONU, JOSEPH O
\* SSN ISSUED IN 1981, STATE: CT.
\* 1 - INQUIRY ADDRESS IS LISTED AS A MULTI-DWELLING UNIT

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any misuse arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

D2-8

| SEND TO: | APEX MORTGAGE LLC | REQUESTED BY: | JOSEPH ONUMONU | FILE #: | |
|---|---|---|---|---|---|
| | CUST. ▓▓ | DATE: | 2/16/2021 | REF. #: | — |
| | 8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD | | | REPOSITORIES: | XP/TU/EF |
| | 21045 | | | PRICE: | $19.55 |

## ALERT

**APPLICANT**

1 - OFAC: CLEAR

JOSEPH O ONUMONU YOB: 1959
EXPERIAN OFAC NAME MATCHING SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED

## MISCELLANEOUS INFORMATION

- Instant View Password: AV-50A15B
- To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter Identifier # 60415749 and password AV-50A15B to view the report. For any inquiries regarding this report or services provided by CREDIT PLUS please contact us at (800) 258-3488.

## SOURCE OF INFORMATION

**1 EXPERIAN - PULLED ON: 02/16/21**

| Name | SSN | DOB |
|---|---|---|
| JOSEPH O ONUMONU | ▓ | 11/22/59 |
| ONUMONU JOSEPH | ▓ | N/A |
| N/A | | N/A |

| Address | Time Frame |
|---|---|
| 4803 CIRCLING HUNTER DR, COLUMBIA, MD 21045-2149 | 12/20 |
| PO BOX 1221, COLUMBIA, MD 21044-0221 | 01/11 - 12/16 |
| 7510 MONARCH MILLS WAY APT 403, COLUMBIA, MD 21046-3266 | 07/15 - 11/16 |

| Employer | Address | Occupation | Reported |
|---|---|---|---|
| OLINKS CORPORATION | 9470 ANNAPOLIS RD S118, LANHAM MD | - | 05/14 |

**2 TRANSUNION - PULLED ON: 02/16/21 - INFILE DATE: 10/01/81**

| Name | SSN | DOB |
|---|---|---|
| JOSEPH ORISELOKA ONUMONU | - | N/A |
| N/A | - | 11/22/59 |
| N/A | | N/A |

| Address | Time Frame |
|---|---|
| 4803 CIRCLING HUNTER DR #104, COLUMBIA, MD 21045-5522 | 12/16* |
| 7510 MONARCH MILLS WY #403, COLUMBIA, MD 21046-3266 | 11/15 |
| 4801 TEAL WING CT #104, COLUMBIA, MD 21045-5504 | 05/13 |
| GREENBELT, MD | 09/06 |

| Employer | Address | Occupation | Reported |
|---|---|---|---|
| OLINKS CORP | - | ACCOUNTANT | 04/07 |
| CARTERET MORTGAGE CORP | - | LOAN CONSULTANT | |

**3 EQUIFAX - PULLED ON: 02/16/21 - INFILE DATE: 08/17/84**

| Name | SSN | DOB |
|---|---|---|
| JOSEPH O ONUMONU | ▓ | 11/22/59 |
| N/A | | N/A |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

D2-9

SEND TO: APEX MORTGAGE LLC
CUST. #: ▮▮▮▮
8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21045

REQUESTED BY: JOSEPH ONUMONU
DATE: 2/16/2021

FILE #: ▮▮▮▮
REF. #: --
REPOSITORIES: XP/TU/EF

PRICE: $19.55

## SOURCE OF INFORMATION

| Address | Time Frame |
|---|---|
| 4603 CIRCLING HUNTER DR APT 104, COLUMBIA, MD 21045 | 12/16 - 02/21* |
| PO BOX 1221, COLUMBIA, MD 21044 | 10/11 - 02/21 |
| 13912 CASTLE BLVD APT 203, SILVER SPRING, MD 20904 | 05/16 |

| Employer | Address | Occupation | Reported |
|---|---|---|---|
| OLINKS CORP | - | SENIOR ACCOUNTANT | --/-- |

## CREDITORS

| SUBSCRIBER NAME | ADDRESS | PHONE |
|---|---|---|
| 1ST NTL BK OF MARIN CARD | POB 98872, LAS VEGAS, NV 89193 | 702-269-1000 |
| 1STNATBK | - | 888-224-8125 |
| CAP ONE | PO BOX 31293, SALT LAKE CITY, UT 84131 | 800-695-6950 |
| CAPITAL 1 BK | 11013 W BROAD ST, GLEN ALLEN VA 23060 | 800-955-7070 |
| CAPITAL ONE | PO BOX 85520, RICHMOND VA 23285 | 800-955-7070 |
| CAPITAL ONE BANK | - | 800-955-7070 |
| CBD | 530 RIVERSIDE DR, SALISBURY MD 21801 | (410) 742-9551 |
| CBNA | 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007 | 888-574-1301 |
| CHILD SUPP | 311 W SARATOGA ST, BALTIMORE MD 21201 | 800-723-8937 |
| CREDIT ONE | PO BOX 98875, LAS VEGAS, NV 89193 | 877-825-3242 |
| DCU -MTG | 220 DONALD LYNCH BV, MARLBOROUGH, MA 01752 | 800-328-8797 |
| DIGITAL EFCU | 141 PARKER ST, MAYNARD MA 01754 | 800-328-8797 |
| DIGITAL FED CREDIT UNI | 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752 | 800-328-8797 |
| FIRST PREMIER | 900 DELAWARE SUITE 7 TAPE ONLY, SIOUX FALLS, SD 57104 | 605-357-3440 |
| FIRST PREMIER CREDITCA | 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104 | 800-987-5521 |
| FST PREMIER | 3820 N LOUISE AVE, SIOUX FALLS, SD 57107 | 800-584-7097 |
| GECRB/WALMART | PO BOX 965024, ORLANDO, FL 32896 | 877-294-7880 |
| GEMB/WALMART | - | 800-957-0632 |
| MD DIST BK | 101 WEST LOMBARD ST SUITE 8530, BALTIMORE, MD 21201 | 410-962-2688 |
| MERCURY CARD/FB&T | 700 22ND AVENUE SOUTH, BROOKINGS, SD 57006 | 800-656-3660 |
| MERCURY CARD/FB&T/TSYS | 2220 6TH ST, BROOKINGS, SD 57006 | 605-696-2200 |
| MUNCPL ECU | 401 E FAYETTE STREET, BALTIMORE, MD 21202 | 410-752-8313 |
| NASA FCU | ATTN LOAN SERVICING DPT 500 PRINCE GEORGE'S BLVD, UPPER MARLBORO, MD 20774 | 888-627-2328 |
| NAVY FEDERAL CR UNION | PO BOX 3700, MERRIFIELD, VA 22119 | 888-842-6328 |
| PENTAGON | P O BOX 1432, ALEXANDRIA VA 22313 | 800-970-7766 heloc |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risk. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureaus certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

P2-10

| | | |
|---|---|---|
| **SEND TO:** APEX MORTGAGE LLC | **REQUESTED BY:** JOSEPH ONUMONU | **FILE #:** |
| CUST. | **DATE:** 2/16/2021 | **REF. #:** |
| 8850 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD 21045 | | **REPOSITORIES:** XP/TU/EF |
| | | **PRICE:** $19.55 |

### CREDITORS

| SUBSCRIBER NAME | ADDRESS | PHONE |
|---|---|---|
| PENTAGON FEDERAL CR UN | 1001 N FAIRFAX ST, ALEXANDRIA, VA 22314 | 800-247-5626 |
| PENTAGON FEDERAL CR UNION | PO BOX 1432, ALEXANDRIA, VA 22313 | 800-247-5626 |
| PENTAGONBC | PO BOX 1432 BANKCARD, ALEXANDRIA, VA 22313 | 703-838-1000 |
| PFCU TCS | P.O. BOX 1432, ALEXANDRIA, VA 22313 | 703-838-1000 |
| TOWER FCU | 7901 SANDY SPRING RD ATTN MS 470, LAUREL, MD 20707 | 301-497-7000 |
| TOWER FEDERAL C U | 7901 SANDY SPRING RD, LAUREL, MD 20707 | 301-497-7000 |
| TOWER FEDERAL CREDIT | 7901 SANDY SPRINGS, LAUREL, MD 20707 | 800 767 8328 |
| TOWER MC | P.O. BOX 123, ANNAPOLIS JUNCTION, MD 20701 | 301-497-7000 |
| US BKPT CO MD BALT | 101 WEST LOMBARD RM 919, BALTIMORE, MD 20856 | 410-962-2688 |
| US BKPT CT MD BALTIMOR | 101 W LOMBARD ST, BALTIMORE, MD 21201 | BY MAIL ONLY |
| VERIZON | PO BOX 650584, DALLAS, TX 75265 | 877-325-5156 |

### REMARKS

3 - CONSUMER STATEMENT: MY AUTO LOAN ACCT 9527 WITH NAVY FCU WAS CLOSED IN BANKRUPTCY

### DISCLAIMER

An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically calculated as a percentage of the account balance.

This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the item, or to the appropriate repository service center(s) listed below.

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureaus certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 10/11

D2-11

SEND TO: APEX MORTGAGE LLC
CUST. # ▮▮▮▮▮
8860 COLUMBIA 100 PKWY STE 215, COLUMBIA, MD
21045

REQUESTED BY: JOSEPH ONUMONU
DATE: 2/16/2021

FILE #: ▮▮▮▮▮
REF. #: --
REPOSITORIES: XP/TU/EF

PRICE: $19.55

## TREND SUMMARY

| PAYMENT BEHAVIOR: | REVOLVING | | | PAYMENT RATIO: | 0.00 % |
|---|---|---|---|---|---|
| **REVOLVING ACCOUNTS** | | | | | |
| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
| # OPEN ACCOUNTS | 4 | 4 | 4 | 4 | 5 | 6 |
| # ACTIVE ACCOUNTS | 1 | 3 | 2 | 4 | 3 | 3 |
| CREDIT LIMIT | 2030 | 7250 | 7250 | 8150 | 6150 | 5450 |
| PREV BALANCE | 173 | 366 | 92 | 2267 | 4713 | 0 |
| BALANCE | 216 | 1103 | 366 | 2052 | 4639 | 2511 |
| SCHEDULED PAYMENT | 42 | 91 | 40 | 95 | 122 | 109 |
| ACTUAL PAYMENT | 0 | 59 | 0 | 350 | 300 | 1120 |
| **NON-REVOLVING ACCOUNTS** | | | | | | |
| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
| BALANCE | 95 | 4044 | 4095 | 0 | 0 | 1026 |
| PAYMENT | 0 | 72 | 0 | 0 | 0 | 1346 |

\*\*\* END OF REPORT 2/16/2021 12:06:04 PM \*\*\*

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (900) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit data. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

P2-12

**APEX MORTGAGE LLC**
8850 COLUMBIA 100 PKWY STE 215
COLUMBIA, MD 21045
4107154567

REPORT #: ▮▮▮▮▮

RETURN SERVICE REQUESTED

JOSEPH O ONUMONU
4603 CIRCLING HUNTER DIVE, APT 104
COLUMBIA, MD 21045

Your Credit Score and the Price You Pay for Credit

| Your Credit Score | | |
|---|---|---|
| Your credit score | 610 | Model: EXPERIAN/FAIR, ISAAC (VER. 2) |
| | Source: EXPERIAN | Date: 02/16/21 |

| Understanding Your Credit Score | |
|---|---|
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report. |
| | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 300 to a high of 850. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your credit score ranks higher than 22 percent of U.S. consumers. |
| Key factors that adversely affected your credit score | • SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED |
| | • TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| | • NUMBER OF ACCOUNTS WITH DELINQUENCY |
| | • LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |
| | • TOO MANY INQUIRIES LAST 12 MONTHS |

| Checking Your Credit Report | | |
|---|---|---|
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. | |
| | It is a good idea to check your credit report to make sure the information it contains is accurate. | |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year. | |
| | To order your free annual credit report: | |
| | By telephone: | Call toll-free: 1-877-322-8228 |
| | On the web: | Visit www.annualcreditreport.com |
| | By mail: | Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to: |
| | | Annual Credit Report Request Service P.O. Box 105281 Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. | |

D2 – 13

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

D2 - 14

APEX MORTGAGE LLC
8850 COLUMBIA 100 PKWY STE 215
COLUMBIA, MD 21045
4107154567

## NOTICE TO THE HOME LOAN APPLICANT
### CREDIT SCORE INFORMATION DISCLOSURE

ONUMONU, JOSEPH O
4603 CIRCLING HUNTER DIVE, APT 104
COLUMBIA, MD 21045

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

The following information about your credit scores was created on 2/16/2021.

| SCORE MODELS |
|---|

**560 EQUIFAX/FICO CLASSIC V5 FACTA**
   RANGE: 334-818
   JOSEPH O ONUMONU - ▮▮▮▮

| 00038 | SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 00013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 00016 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 00034 | AMOUNT OWED ON DELINQUENT ACCOUNTS |
| FA | NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY |

**628 TRANSUNION/FICO CLASSIC (04)**
   RANGE: 309-839
   JOSEPH ORISELOKA ONUMONU - ▮▮▮▮

| 038 | SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED |
| 013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 018 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| FA | INQUIRIES IMPACTED THE CREDIT SCORE |

D2-15

SCORE MODELS

**610 EXPERIAN/FAIR, ISAAC (VER. 2)**
RANGE: 300-850
JOSEPH O ONUMONU -

| | |
|---|---|
| 38 | SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED |
| 13 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 18 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 14 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |
| 08 | TOO MANY INQUIRIES LAST 12 MONTHS |

Borrower Signature _____ Date _____

2021 SEP 20

Page 2/2

D2-1b

# CONSUMER EXPLANATION LETTER

FILE #:
REFERENCE #:
APPLICANT: ONUMONU, JOSEPH O
CO-APPLICANT:
ADDRESS: 4603 CIRCLING HUNTER DIVE, APT 104
COLUMBIA, MD 21045

CREDIT REPORT PROVIDED BY:
CREDIT PLUS
31550 WINTERPLACE PKWY
SALISBURY, MD 21804
VOICE: (800) 258-3488
FAX (800) 258-3287

RE: CREDIT ACCOUNTS AND INQUIRIES

Dear Applicant,

A copy of your credit report has been provided to APEX MORTGAGE LLC in association with your recent application.

A brief statement may be required by APEX MORTGAGE LLC to explain credit accounts which indicate a past due credit history status, public record items, addresses, and/or credit inquiries*. Please write your explanation below. If additional space is required, use the reverse side of this letter. Please mail or deliver this form to APEX MORTGAGE LLC promptly. If you are unsure of the explanation(s) required, please contact APEX MORTGAGE LLC.

IT IS VERY IMPORTANT that you respond to APEX MORTGAGE LLC IN WRITING as soon as possible regarding any items listed below. Please DO NOT send your response to CREDIT PLUS.

Please return this letter to: APEX MORTGAGE LLC
8850 COLUMBIA 100 PKWY STE 215
COLUMBIA, MD 21045
Phone: 4107154557

* A credit inquiry indicates that a credit grantor has obtained a copy of your credit report. Please indicate if you have applied for credit with the noted firm, if you currently have an account, if credit was denied with the noted firm, or if the inquiry was for employment report.

Your credit information has been provided by the following organizations. If you so desire, you can contact us or them to dispute items on your credit report:

TRANSUNION
PO BOX 2000
CHESTER, PA 19016
800-916-8800
transunion.com/myoptions

EXPERIAN
PO BOX 2002
ALLEN, TX 75013
888-397-3742
www.experian.com

EQUIFAX
PO BOX 740241
ATLANTA, GA 30374
800-685-1111
www.equifax.com/fcra

The credit bureau or credit agency plays no part in the decision to take any action on your application request, and is unable to provide you with specific reasons for the decision on an application.

U.S. Criminal Code, Section 1010, Title 18, U.S.C., "Department of Housing and Urban Development and Federal Housing Administration transactions", Provides in part: "Whoever, for the purpose of . . . influencing in any way the action of such Department . . . makes, passes, utters, or publishes any statement, knowing the same to be false . . . shall be fined not more than $5,000 or imprisoned not more than two years or both."

## DEROGATORY ACCOUNTS

| ECOA/WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | DELINQ 120+ |
|---|---|---|---|---|---|---|---|---|---|---|
| B/B | CREDIT CARD/FB&T | REV | 02/21 | $2000 | $43 | 30 | 60 | 90+ | | |
| SOURCE XP/TU/EF | | TERM MIN | OPENED 03/20 | BALANCE $261 | PAST DUE $173 | 08/20 | 10/20 | 02/21 01/21 12/20 11/20 | NO REV 11 | LAST LATE 02/21 | DLA 08/20 |

ACCOUNT CLOSED AT CONSUMER'S REQUEST

EXPLANATION:

OUTCOME:

| ECOA/WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | COLLECTION |
|---|---|---|---|---|---|---|---|---|---|---|
| B/B | VERIZON | INST | 02/21 | $0 | - | 30 | 60 | 90+ | | |
| SOURCE XP/TU/EF | | TERM 001 | OPENED 04/20 | BALANCE $95 | PAST DUE $95 | 0 | 0 | 0 | NO REV 3 | LAST LATE | DLA |

UTILITY COMPANY

EXPLANATION:

OUTCOME:

Page 1/5

DO-17

# CONSUMER EXPLANATION LETTER

**FILE #:**
**REFERENCE #:**
**APPLICANT:** ONUMONU, JOSEPH O
**CO-APPLICANT:**
**ADDRESS:** 4603 CIRCLING HUNTER DIVE, APT 104
COLUMBIA, MD 21045

**RE:** CREDIT ACCOUNTS AND INQUIRIES

**CREDIT REPORT PROVIDED BY:**
CREDIT PLUS
31550 WINTERPLACE PKWY
SALISBURY, MD 21804
VOICE: (800) 258-3488
FAX (800) 258-3287

## DEROGATORY ACCOUNTS

| | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECOA/WHOSE B/B | CHILD SUPP | INST | 06/19 | $0 | $0 | 0 | 0 | | | PD WAS 120+ |
| SOURCE EF | | TERM - | OPENED 05/08 | BALANCE $0 | PAST DUE $0 | - | - | - | NO REV 94 | LAST LATE 09/16 | DLA 09/16 |

CHILD/FAMILY SUPPORT OBLIGATION; ACCOUNT CLOSED BY CREDIT GRANTOR

EXPLANATION:

OUTCOME:

| | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECOA/WHOSE B/B | CREDITONEBNK | REV | 10/20 | $900 | $0 | | | | | DELINQ 60 |
| SOURCE XP/TU/EF | | TERM - | OPENED 11/18 | BALANCE $0 | PAST DUE $0 | 07/20 | 08/20 10/20 09/20 | | NO REV 22 | LAST LATE 10/20 | DLA 04/20 |

ACCOUNT CLOSED BY CONSUMER

EXPLANATION:

OUTCOME:

| | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECOA/WHOSE B/B | CBNA | REV | 04/21 | $1000 | - | | 0 | 0 | | BANKRUPTCY |
| SOURCE XP/TU/EF | | TERM - | OPENED 11/16 | BALANCE - | PAST DUE - | 10/17 | - | - | NO REV 60 | LAST LATE 10/17 | DLA 09/17 |

CHAPTER 7 BANKRUPTCY

EXPLANATION:

OUTCOME:

| | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECOA/WHOSE B/B | NAVY FCU | OPEN | 09/16 | $6000 | $' | | 0 | 0 | | BANKRUPTCY |
| SOURCE XP/TU | | TERM - | OPENED - | BALANCE - | PAST DUE - | 10/17 | - | - | NO REV 17 | LAST LATE 10/17 | DLA 09/17 |

CHAPTER 7 BANKRUPTCY

EXPLANATION:

OUTCOME:

| | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ECOA/WHOSE B/B | NAVY FCU XXXXXX** | REV | 03/18 | - | - | - | - | - | | BANKRUPTCY |
| SOURCE EF | | TERM - | OPENED 03/16 | BALANCE - | PAST DUE - | - | - | - | NO REV - | LAST LATE -/- | DLA 09/17 |

BANKRUPTCY CHAPTER 7; ACCOUNT CLOSED BY CREDIT GRANTOR; BANKRUPTCY DISCHARGED

EXPLANATION:

OUTCOME:

D2-18

# CONSUMER EXPLANATION LETTER

| | |
|---|---|
| FILE #: | ▉ |
| REFERENCE #: | |
| APPLICANT: | ONUMONU, JOSEPH O |
| CO-APPLICANT: | |
| ADDRESS: | 4803 CIRCLING HUNTER DIVE, APT 104<br>COLUMBIA, MD 21045 |
| RE: | CREDIT ACCOUNTS AND INQUIRIES |

CREDIT REPORT PROVIDED BY:
CREDIT PLUS
31550 WINTERPLACE PKWY
SALISBURY, MD 21804
VOICE: (800) 258-3488
FAX (800) 258-3287

## DEROGATORY ACCOUNTS

| ECOA/WHOSE<br>B/B | | ACCT TYPE<br>INST | REPORTED<br>01/21 | HI CREDIT<br>$5000 | PAYMENT<br>- | 30<br>- | 60<br>- | 90+<br>- | BANKRUPTCY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE<br>XP/TU/EF | PENTAGON | TERM<br>036 | OPENED<br>11/18 | BALANCE<br>- | PAST DUE<br>- | - | - | - | NO REV<br>- | LAST LATE<br>--/-- | DLA<br>09/17 |

BANKRUPTCY CHAPTER 7: UNSECURED; BANKRUPTCY DISCHARGED

EXPLANATION:

OUTCOME:

| ECOA/WHOSE<br>B/B | | ACCT TYPE<br>REV | REPORTED<br>01/21 | HI CREDIT<br>$5000 | PAYMENT<br>- | 30<br>0 | 60<br>0 | 90+<br>0 | BANKRUPTCY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE<br>XP/TU/EF | PENTAGON FCU | TERM<br>- | OPENED<br>11/18 | BALANCE<br>- | PAST DUE<br>- | - | - | - | NO REV<br>50 | LAST LATE<br>--/-- | DLA<br>02/18 |

CHAPTER 7 BANKRUPTCY

EXPLANATION:

OUTCOME:

| ECOA/WHOSE<br>B/B | | ACCT TYPE<br>REV | REPORTED | HI CREDIT<br>$10000 | PAYMENT<br>- | 30 | 60 | 90+<br>0 | BANKRUPTCY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE<br>XP/TU | TOWER FCU | TERM<br>- | OPENED<br>09/14 | BALANCE<br>- | PAST DUE<br>- | 09/17 | 10/17 | - | NO REV<br>79 | LAST LATE<br>10/17 | DLA<br>09/17 |

CHAPTER 7 BANKRUPTCY

EXPLANATION:

OUTCOME:

| ECOA/WHOSE<br>B/B | | ACCT TYPE<br>REV | REPORTED<br>02/21 | HI CREDIT<br>- | PAYMENT<br>- | 30<br>- | 60<br>- | 90+<br>- | BANKRUPTCY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE<br>EF | TOWER MC<br>**** | TERM<br>- | OPENED<br>09/14 | BALANCE<br>- | PAST DUE<br>- | - | - | - | NO REV<br>- | LAST LATE<br>- | DLA<br>09/17 |

BANKRUPTCY CHAPTER 7; BANKRUPTCY DISCHARGED

EXPLANATION:

OUTCOME:

## PUBLIC RECORDS

| ECOA/WHOSE<br>B/B | | FILE DATE<br>11/17 | AMOUNT | STATUS DATE<br>03/18 | DISCHARGED | |
|---|---|---|---|---|---|---|
| SOURCE<br>XP/TU/EF | US BKPT CT MD BALTIMOR<br>Docket #▉ | | PLAINTIFF<br>- | | ACTION TYPE<br>CHAPTER 7 BANKRUPTCY | |

*** -DSP-03/18

EXPLANATION:

OUTCOME:

D2-19

# CONSUMER EXPLANATION LETTER

FILE #:
REFERENCE #: ███████
APPLICANT: ONUMONU, JOSEPH O
CO-APPLICANT:
ADDRESS: 4803 CIRCLING HUNTER DIVE, APT 104
COLUMBIA, MD 21045

RE: CREDIT ACCOUNTS AND INQUIRIES

CREDIT REPORT PROVIDED BY:
CREDIT PLUS
31550 WINTERPLACE PKWY
SALISBURY, MD 21804
VOICE: (800) 258-3488
FAX (800) 258-3287

## ADDRESSES

| Address | Time Frame | Source | Do You Currently Own This Property? |
|---|---|---|---|
| 001. N/A | | TU-B | YES  NO |
| Explanation: | | | |
| 002. 13912 CASTLE BLVD APT 203, SILVER SPRING, MD 20904 | 05/18 - 05/18 | EF-B | YES  NO |
| Explanation: | | | |
| 003. 4801 TEAL WING CT 104, COLUMBIA, MD 21045 | 05/13 - 05/13 | TU-B | YES  NO |
| Explanation: | | | |
| 004. 4803 CIRCLING HUNTER DIVE, APT 104, COLUMBIA, MD 21045 | CURRENT | User Supplied-B | YES  NO |
| Explanation: | | | |
| 005. 4803 CIRCLING HUNTER DR 104, COLUMBIA, MD 21045 | 12/16 - 12/16 | TU-B | YES  NO |
| Explanation: | | | |
| 006. 4803 CIRCLING HUNTER DR APT 104, COLUMBIA, MD 21045 | 12/16 - 02/21 | EF-B | YES  NO |
| Explanation: | | | |
| 007. 4803 CIRCLING HUNTER DR, COLUMBIA, MD 21045 | 12/20 - 12/20 | XP-B | YES  NO |
| Explanation: | | | |
| 008. 7510 MONARCH MILLS WAY 403, COLUMBIA, MD 21045 | 11/15 - 11/15 | TU-B | YES  NO |
| Explanation: | | | |
| 009. 7510 MONARCH MILLS WAY APT 403, COLUMBIA, MD 21045 | 07/15 - 11/18 | XP-B | YES  NO |
| Explanation: | | | |
| 010. PO BOX 1221, COLUMBIA, MD 21044 | 01/11 - 12/18, 10/11 - 02/21 | XP/EF-B | YES  NO |
| Explanation: | | | |

## INQUIRIES (LAST 120 DAYS)

*** NONE ***



# CONSUMER EXPLANATION LETTER

FILE #:
REFERENCE #: ▮▮▮▮▮
APPLICANT: ONUMONU, JOSEPH O
CO-APPLICANT:
ADDRESS: 4803 CIRCLING HUNTER DIVE, APT 104
COLUMBIA, MD 21045

RE: CREDIT ACCOUNTS AND INQUIRIES

CREDIT REPORT PROVIDED BY:
CREDIT PLUS
31550 WINTERPLACE PKWY
SALISBURY, MD 21804
VOICE: (800) 258-3488
FAX (800) 258-3287

## NAME VARIATION

| APPLICANT | Name | Source | Explanation |
|---|---|---|---|
| 001. ONUMONU JOSEPH | | XP | |

## ADDITIONAL REMARKS

*** NONE ***

## 2/16/2021 12:06:07 PM

Borrower Signature _____    Date _____

*† REMIT ALL CORRESPONDENCE TO:      APEX MORTGAGE LLC
8850 COLUMBIA 100 PKWY STE 215
COLUMBIA, MD 21045

2021 SEP 28 PM 1:30

Page 5/5

D2-21



# How Does Payment History Affect Your Credit Scores?

Learn about how on-time and late payments can impact your credit scores

September 17, 2020   |   2 min video



How Does Payment History Affect Credit Score? | Capital One

2021 SEP 28 PM 1:34
JUST HOWARD CO



When it comes to paying bills, timing is everything. That's because your payment history is an important factor used to calculate your credit score. Lenders and creditors use your credit score to make decisions about offering you things like credit cards, auto loans and mortgages.

But what exactly is payment history? How can it impact your credit score? And how can you improve your payment history? Read on for the answers to these questions and more.

Feedback

PB-1

Monitor Your Credit for Free

Join the millions using CreditWise from Capital One.

**Take A Look**

## What Is Payment History?

As the Consumer Financial Protection Bureau (CFPB) explains, credit reports include financial information submitted by creditors like lenders and credit card companies. And your payment history is an important part of your credit report. It shows payment information about your credit accounts and might include things like

- The number of accounts you've paid on time.

- How much money you owe to delinquent accounts or collections.

- How long overdue your payments are or have been in the past.

- The number of times that past due items appear in your credit history.

- How much time has passed since you've had delinquencies, collections items or bankruptcies.

## What Kinds of Accounts Are Considered in Payment History?

The types of accounts that can influence your payment history may include

- Credit cards.

- Installment loans like auto loans, mortgages and student loans.

- Consumer finance company loans.

Bankruptcies, wage attachments and lawsuits are also considered with your payment history and can negatively impact your credit score.

## How Does Payment History Impact Credit Scores?

Remember, your credit score gives lenders an idea of how likely you are to pay back your loans. This might explain why your payment history is an important factor used to calculate your score. And the better your payment history, the better your credit score might be.

Keep in mind that there are many credit scores out there, each with its own scoring model. FICO® and VantageScore® provide some of the most commonly used credit scores.

Feedback

DB-2

9/27/2021, 5:37 PM

How those companies calculate scores may differ. But their calculations are based on much of the same information from your credit report—including your payment history.

## How Long Can Negative Information Affect Credit Scores?

Negative information in your payment history could <u>affect your credit score</u> for years. Just how long depends, but the CFPB explains that <u>negative information</u> can generally stay on your credit report for up to seven years.

Some negative information—like bankruptcies, lawsuits or judgments against you—can stay on your report for even longer. But depending on the scoring model, older negative information may count less than more recent information. And negative information with smaller dollar amounts could count less than negative information with larger amounts.

Keep in mind, negative information like <u>late credit card payments</u> could come with other consequences, including late fees and interest rate increases. And if you don't pay on time, you might not be able to use your card for new purchases until your account is current. You should check your credit card's terms and conditions and your customer agreement to understand how you could be impacted by a late payment by your issuer.

When a credit card account goes 180 days—a full six months—past due, the credit card issuer must close and <u>charge off the account</u>. And some issuers may charge off overdue accounts sooner.

Charging off an account means that it's permanently closed and written off as a loss to the company. But the debt is still owed.

## Are There Ways to Help Improve Your Payment History?

If you don't have the greatest payment history, you can always work to improve it. These tips may help:

**Pay Bills on Time**
Paying your bills may feel like a struggle when money's tight. But paying bills on time is the best way to start getting your payment history back on track. You might set up a <u>budget</u>, <u>automatic payments</u> or reminder alerts to help you.

**[Keep]ing Your Accounts Current**
[Re]member, older negative information may affect your credit score less than more recent [ne]gative information. So the longer you pay your bills on time, the better it is for your payment [hi]story. And the better it could be for your credit score. Making the <u>minimum payment</u> on credit [ac]counts—like your credit card—may help keep your account current and in good standing.

Feedback

P3-3

**Contact Your Lenders and Creditors**

If you're struggling to pay bills, consider getting in touch with your lenders for help. Credit card companies, for example, work every day with people who can't pay their bills. They may be able to work with you if you're concerned you might <u>miss upcoming payments</u>.

And if you're a Capital One customer and having trouble making payments, you should <u>contact Capital One directly</u> to discuss potential options.

## Monitoring Your Credit

It's a good idea to <u>monitor your credit</u> as you work to improve your payment history. And while your credit score may paint a general picture of your creditworthiness, a full credit report can offer much more detail.

Learn how to get free copies of your credit reports from all three major credit bureaus —Equifax®, Experian® and TransUnion®—by calling 877-322-8228 or visiting <u>AnnualCreditReport.com.</u>

And with <u>CreditWise from Capital One</u>, you can access your free TransUnion credit reports and weekly VantageScore 3.0 credit score anytime, without negatively impacting your score. You can even see the potential impacts of financial decisions on your credit score before you make them with the CreditWise Simulator. CreditWise is free and available to everyone—not just Capital One customers.

*<u>Learn more</u> about Capital One's response to COVID-19 and resources available to customers. For information about COVID-19, head over to the <u>Centers for Disease Control and Prevention.</u>*

*Government and private relief efforts vary by location and may have changed since this article was published. Consult a financial adviser or the relevant government agencies and private lenders for the most current information.*

*We hope you found this helpful. Our content is not intended to provide legal, investment or financial advice or to indicate that a particular Capital One product or service is available or right for you. For specific advice about your unique circumstances, consider talking with a qualified professional.*

*Our CreditWise score is calculated using the TransUnion® VantageScore® 3.0 model, which is one of many credit scoring models. It may not be the same model your lender uses, but it is an accurate measure of your credit health. The availability of the CreditWise tool depends on our ability to obtain your credit history from TransUnion. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more*

Feedback

D3-4

9/27/2021, 5:37 PM

consumer reporting agencies.

The CreditWise Simulator provides an estimate of your score change and does not guarantee how your score may change.

**RELATED CONTENT**

**MONEY MANAGEMENT**

Here's What You Should Know About Late Credit Card Payments

Article  |  June 29, 2020  |  7 min read

**MONEY MANAGEMENT**

Credit Card Minimum Payments Explained

Article  |  May 15, 2020  |  9 min read

Feedback

D3-5

**MONEY MANAGEMENT**

What Happens If I'm Unable to Pay My Credit Card Bills?

Article | April 24, 2020 | 6 min read

Products

Get to Know Us

On the Go

Legal

Support

Feedback

D3-6

9/27/2021, 5:37 PM

How Does Payment History Affect Credit Scores? | Capital One

https://www.capitalone.com/learn-grow/money-management/payment...

# Footnotes

Learn more about FDIC insurance coverage.

©2021 Capital One

Privacy | Security | AdChoices | Terms & Conditions





DB—7

9/27/2021, 5:37 PM



MONEY MANAGEMENT

# What Affects Your Credit Scores?

Learn about the different factors that can impact your credit scores

September 14, 2021  |  6 min read

You might know that credit-scoring companies use the information from your credit reports to calculate your credit scores. But what kinds of information are your scores based on? And how does that information impact your scores?

Read on to learn about what does and doesn't impact your credit scores.



Monitor Your Credit for Free

Join the millions using CreditWise from Capital One.

**Take A Look**

Feedback

DH-1

# Factors That Affect Your Credit Scores

There are a few different factors that affect your credit scores:

- Payment history
- Debt
- Credit age
- Credit mix
- New credit applications

How they affect your scores depends on the credit-scoring model and the company doing the scoring.

As the Consumer Financial Protection Bureau (CFPB) explains, FICO® and VantageScore® are the two credit-scoring companies that provide some of the most commonly used scores. So let's take a look at each of the different factors and how they can affect your scores from FICO and VantageScore.

**Payment History**

Payment history is a key part of your credit history. It shows how well you've done with making payments on time.

Both FICO and VantageScore put a lot of weight on payment history when calculating your credit scores. In fact, it's the No. 1 scoring factor at FICO and accounts for 35% of your FICO score.

Why does payment history get so much attention? Because it can be a strong indicator of how you might handle payments in the future. And falling behind on payments could lead to negative information—which includes things like late credit card payments and charge-offs—that can negatively impact your credit.

**Debt**

Credit-scoring models consider how much unpaid debt you currently have across all of your accounts. And they pay close attention to your credit utilization ratio—a ratio that reflects how much of your available credit you're using.

Your credit utilization ratio is typically expressed as a percentage. According to the CFPB, experts recommend keeping your credit utilization below 30% of your total available credit. That's because a low credit utilization ratio could be a sign that you're using your credit responsibly and not overspending.

Feedback

**Credit Age**

D4-2

Your credit age shows how long you've had your accounts open. "A longer credit history will always have a positive effect on FICO scores," according to FICO.

That's because, as the CFPB explains, "Credit scores are based on experience over time. The more experience your credit report shows with paying your loans on time, the more information there is to determine whether you are a good credit recipient."

**Credit Mix**
Your credit mix is made up of the different types of credit accounts you have. It takes into account both your revolving credit—like credit cards, personal lines of credit and home equity lines of credit—and your installment loans. Auto loans, mortgages, student loans and personal loans are all examples of installment loans.

Your credit mix is important because it shows how much experience you have with handling different types of credit. But keep in mind that a diverse credit mix won't help your credit scores if you don't use your credit responsibly.

**New Credit Applications**
This factor takes into account how many times you've recently applied for credit. The effect on your scores might be minor, but a lot of new hard credit inquiries could still give a negative impression to lenders.

"Credit scoring formulas look at your recent credit activity as a signal of your need for credit. If you apply for a lot of credit over a short period of time, it may appear to lenders that your economic circumstances have changed negatively," says the CFPB.

**How FICO Views Credit Score Factors**
FICO is clear about how it weighs each of those factors. Payment history makes up 35% of FICO's scoring, and debt accounts for 30%. Credit age makes up 15% of the score. And credit mix and new credit account for 10% each.

**How VantageScore Views Credit Score Factors**
While VantageScore doesn't give percentages, it's clear about what's crucial to its scoring. VantageScore says your unpaid debt is extremely influential. Credit mix is highly influential. Payment history is moderately influential. And credit age and new credit are less influential.

## Factors That Don't Affect Your Credit Scores

While many factors affect your credit scores, some things have no effect at all. These include things like:

Your color, race, religion and sex.

D4-3

- Your marital status.
- Where you're from and where you live.
- Credit checks by employers.
- <u>Checking your own credit reports and credit scores</u>.

You might be wondering: <u>Does paying bills affect your credit scores</u>? The answer depends on the type of bill, whether your payments are reported to the credit bureaus, and how the scoring model considers that information.

**Does Having a Credit Application Denied Hurt Your Credit Scores?**

<u>Getting denied for a credit card doesn't affect your credit scores</u> directly. However, applying for credit may lower your credit scores—usually by just a few points, according to FICO—because it triggers a <u>hard inquiry</u>. That's why the CFPB recommends applying only for the credit you need.

Want a better idea of whether you might be approved before you trigger a hard inquiry? <u>Pre-approval or pre-qualification</u> can help you find out whether you might be eligible for a credit card or loan before you even apply.

With <u>Capital One's pre-approval tool</u>, for example, you can find out whether you're pre-approved for some of Capital One's credit cards before you submit an application. It's quick and only requires some basic information. And checking to see whether you're pre-approved won't impact your credit scores, since it only requires a <u>soft inquiry</u>.

# Monitor Your Credit for Free With CreditWise From Capital One

It's important to regularly <u>monitor your credit</u> if you're trying to maintain your credit or <u>improve your credit scores</u>. Monitoring your credit can help you see exactly where you stand—and how much progress you've made.

One way to monitor your credit is with <u>CreditWise from Capital One</u>. CreditWise gives you access to your free TransUnion® credit report and weekly VantageScore 3.0 credit score anytime. And using it won't hurt your scores. You can even explore the potential impact of your financial decisions before you make them with the CreditWise Simulator.

CreditWise is free and available to everyone—even if you're not a Capital One customer.

 You can also get free copies of your credit reports from all <u>three major credit bureaus</u>—Equifax®, Experian® and TransUnion. Call 877-322-8228 or visit <u>AnnualCreditReport.com</u> to learn more. Keep in mind that there may be a limit on how often you can get your reports. You can check the site for more details.

Feedback

*D4—4*

_Learn more_ about Capital One's response to COVID-19 and resources available to customers. For information about COVID-19, head over to the _Centers for Disease Control and Prevention_.

_Government and private relief efforts vary by location and may have changed since this article was published. Consult a financial adviser or the relevant government agencies and private lenders for the most current information._

_We hope you found this helpful. Our content is not intended to provide legal, investment or financial advice or to indicate that a particular Capital One product or service is available or right for you. For specific advice about your unique circumstances, consider talking with a qualified professional._

_Your CreditWise score is calculated using the TransUnion® VantageScore® 3.0 model, which is one of many credit scoring models. It may not be the same model your lender uses, but it is an accurate measure of your credit health. The availability of the CreditWise tool depends on our ability to obtain your credit history from TransUnion. Some monitoring and alerts may not be available to you if the information you enter at enrollment does not match the information in your credit file at (or you do not have a file at) one or more consumer reporting agencies._

_The CreditWise Simulator provides an estimate of your score change and does not guarantee how your score may change._

# RELATED CONTENT

**MONEY MANAGEMENT**

## What Is a Credit Report?

Article | October 8, 2020 | 9 min read

**MONEY MANAGEMENT**

## What Is a Good Credit Score?

Video  | July 27, 2021  | 1 min video

**MONEY MANAGEMENT**

## What Is Credit History?

Article  | March 18, 2021  | 8 min read

Feedback

9/27/2021, 5:41 PM

**Products**

**Get to Know Us**

**On the Go**

**Legal**

**Support**

**Footnotes**

Learn more about FDIC insurance coverage.

©2021 Capital One

Privacy | Security | AdChoices | Terms & Conditions




Feedback

9/27/2021, 5:41 PM